UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARITZA AMARANTE,<br>　　　Plaintiff | : <br> : <br> : | CIVIL ACTION NO: |
| v. | : <br> : | |
| BIG Y FOODS, INC.<br>　　　Defendant | : <br> : <br> : | AUGUST 3, 2021 |

### PETITION FOR REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Defendant, Big Y Foods, Inc., respectfully states:

1. On or about July 6, 2021, an action was commenced against Defendant in the Superior Court for the Judicial District of New Haven at New Haven, in the State of Connecticut, entitled Maritza Amarante v. Big Y Foods, Inc., bearing Docket No. NNH-CV21-6115547-S ("State Action"). No further proceedings have been had in the State Action. Copies of all process, pleadings and orders served upon Defendant in said action are annexed hereto as Exhibit A.

2. The above-described action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, diversity jurisdiction.

3. 28 U.S.C. § 1441 authorizes the removal of "any civil action brought in a State court of which the district courts of the United States have original jurisdiction."

4. The Complaint alleges that Plaintiff is a resident of Connecticut.

5. Big Y Foods, Inc. is a corporation incorporated in Massachusetts with its principal place of business in Springfield, Massachusetts.

6. There are no other defendants in this case.

7. The matter in controversy exceeds the sum of value of $75,000.00, exclusive of interest and costs.

8. Defendant received the initial proceedings setting forth the claim for relief upon which this action is based on July 6, 2021, and therefore, this Petition for Removal is filed with this Court within thirty (30) days of such receipt, as computed under Fed. R. Civ. P. 6(a).

WHEREFORE, Defendant respectfully requests that the above action, now pending in the Superior Court, State of Connecticut, in the Judicial District of New Haven at New Haven, be removed to this Court.

**DEFENDANT,**
**BIG Y FOODS, INC.**

By: /s/ *James F. Shea*
James F. Shea (ct16750)
james.shea@jacksonlewis.com
Joseph W. Fazzino (ct30878)
joseph.fazzino@jacksonlewis.com
Jackson Lewis P.C.
90 State House Square, 8th Floor
Hartford, CT 06103
P: (860) 522-0404
F: (860) 247-1330

## **CERTIFICATION OF SERVICE**

I hereby certify that on August 3, 2021, a copy of foregoing was served by electronic mail on Plaintiff's counsel of record:

>Emanuele R. Cicchiello, Esq.
>Cicchiello & Cicchiello, LLP
>364 Franklin Avenue
>Hartford, CT 06114
>manny@cicchielloesq.com

>*/s/ Joseph W. Fazzino*
>Joseph W. Fazzino